UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTOPHER D. BROWN #011578, <br><br> *Plaintiff,* <br><br> v. <br><br> TODD MORRIS, et al., <br><br> *Defendants.* | § § § § § § § § § § §   Civil Action No. 3:24-CV-X-BN |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. No. 12). In his recommendation, Magistrate Judge David L. Horan recommends dismissing Brown's complaint with prejudice because it is time-barred. (Doc. 12 at 5–6). Plaintiff Christopher D. Brown filed an objection. (Docs. 13, 14). In his objection, Brown states that he could not defend himself during his plea agreement because he was "no support system" in place for him. (Doc. 13 at 1).

The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. As a result, Plaintiff Brown's complaint is

1

**DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** this 13th day of August, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE