UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTOPHER D. BROWN, #011578, <br><br>*Plaintiff,* <br><br> V. <br><br> TODD MORRIS, ET AL., <br><br> *Defendants.* | § § § § § § § § § § § Civil Action No. 3:24-CV-0442-X-BN |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 18). The Court construes Plaintiff's filing as an objection. (Doc. 19). The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for clear error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **DENIES** Plaintiff Christopher D. Brown's construed motion under Federal Rule of Civil Procedure 59(e) (Doc. 17) and, solely for statistical purposes, **DIRECTS** the Clerk of Court to **REOPEN** and then **CLOSE** this case.

**IT IS SO ORDERED** this 21st day of October 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE